# IN THE MISSOURI COURT OF APPEALS
## APRIL 29, 2014
## WESTERN DISTRICT

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)
AND ISSUED PER CURIAM**

| | |
|---|---|
| WD76108 | Rashaun Graves vs. State of Missouri |
| WD76148 | Curtis T. Yeager vs. State of Missouri |
| WD76287 | Robert C. Egan vs. Missouri State Board of Registration |
| WD76393 | Roger Allen Lanes vs. Kimberly Sue Lanes |
| WD76443 | Treasurer of The State Of Missouri-Custodian of The Second Injury Fund vs. Maria Rodriguez |
| WD76696 | Kenneth J. Bias vs. Deborah K. Bias |
| WD76784 | Concannon Plastic Surgery and Specialty Surgical Services, LLC vs. Vinod Ganhdi Motel 6, Lambs Construction and Yogi Krupa, Inc. D/B/A Motel 6 East |
| WD76823 | Clifford L. Keeling vs. Missouri Department of Corrections |
| WD76881 | State of Missouri vs. Gary R. Wickham |

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)
AND ISSUED PER CURIAM**

--------------------------------------------------------------------------------------------------------------------

| | |
|---|---|
| WD75841 | State of Missouri vs. James Patrick Reardon |
| WD76044 | State of Missouri vs. David R. Darr, Sr. |
| WD76225 | State of Missouri vs. Charles Logan Politte |
| WD76253 | State of Missouri vs. Deondric R. Davis |